■ In the Matter of JONATHAN MILLS, Petitioner, v LIEUTENANT SHUMAKER, as Hearing Officer at Southport Correctional Facility, et al., Respondents. [18 NYS3d 894]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Egan Jr., Rose and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.